UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 3:07-CR-42 |
| | ) | |
| TOBY TOBIAS SENTER, | ) | JUDGES PHILLIPS/GUYTON |
| TODD DOUGLAS, | ) | |
| WALTER HOLT, | ) | |
| KEITH HICKS, | ) | |
| EDDIE DENTON, and | ) | |
|   also known as "Rusty Denton" | ) | |

## INDICTMENT

The Grand Jury charges that from in or about 2003, to on or about April 9, 2007, in the Eastern District of Tennessee and elsewhere, the defendants, TOBY TOBIAS SENTER, TODD DOUGLAS, WALTER HOLT, KEITH HICKS, and EDDIE DENTON, also known as "Rusty Denton," did knowingly, intentionally, and without authority, combine, conspire, confederate, and agree with each other and others both known and unknown to the grand jury, to commit violations of 21 U.S.C. § 841(a)(1), that is, to distribute, and possess with intent to distribute, five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine hydrochloride, a Schedule II controlled substance.

[21 U.S.C. §§ 846 and 841(b)(1)(A)]

                A TRUE BILL:

                */s Foreperson*
                FOREPERSON

JAMES R. DEDRICK
UNITED STATES ATTORNEY

*s/David C. Jennings*
DAVID C. JENNINGS
Assistant United States Attorney