IN THE UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:07-CR-42 (PHILLIPS/GUYTON) |
| KEITH HICKS, | ) ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This matter is before the Court for consideration of Defendant Keith Hicks's Motion for Detention Hearing and Release [Doc. 85].

In his motion [Doc. 85], Defendant Keith Hicks ("Defendant") asks the Court for a detention hearing and release on an unsecured bond. In support thereof, Defendant states that the government does not oppose his release. Additionally, Defendant will live with his mother, Earnestine Hicks, and be employed at Lois's Country Kitchen.

This matter came before the Court for a hearing on July 16, 2007. The government was represented by Assistant United States Attorney David Jennings ("AUSA Jennings"). Defendant was present, as was his attorney, Andrew Roskind. AUSA Jennings stated that the government did not object to Defendant being released on bond.

1

The Court finds Defendant's motion [Doc. 85] to be well-taken, and it is **GRANTED as to the request for a Detention Hearing**.  Defendant's motion [Doc. 85] to be released on bond is also **GRANTED, as set forth in the Order Setting Conditions of Release [Doc. 92]**, filed on July 16, 2007.

**IT IS SO ORDERED.**

                 **ENTER:**

                  s/ H. Bruce Guyton
                 United States Magistrate Judge