IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

| | |
|---|---|
| United States of America, ) | |
| ) | |
| v. ) | District Court Docket No: 3:07-cr-42 |
| ) | Phillips / Guyton |
| Keith Hicks, ) | |
| ) | 6th Cir. Case No: 09-5232 |
| Defendant. ) | |
| ) | |

MOTION TO WITHDRAW

Counsel for Defendant, Keith Hicks, hereby respectfully requests to withdraw as counsel and that this Court appoint new counsel to represent Mr. Hicks on appeal. This request is made as Mr. Hicks may elect to raise an ineffective assistance of counsel claim against his current counsel, as same is one of only a few remaining appeals under Mr. Hicks' plea agreement. As such, appointing new counsel at this early stage of the appellate process will ensure that little to no delay is incurred during this process. Counsel has discussed this issue with Mr. Hicks, and the defendant acknowledges the need for new counsel.

For grounds stated herein, counsel respectfully requests to withdraw as Mr. Hicks' appellate counsel.

Respectfully submitted on March 16, 2009.

THE ROSKIND LAW FIRM, PLLC

By:   s/Andrew S. Roskind
      Andrew S. Roskind, 022263

Counsel to Keith Hicks

9724 Kingston Pike, Suite 206
Knoxville, Tennessee 37922
(865) 357-8102
(865) 357-9810 – fax

Certificate of Service

The undersigned hereby certifies that a copy of the foregoing document was electronically filed on March 16, 2009. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

                                                        By:     s/Andrew S. Roskind
                                                                  Andrew S. Roskind