TWPa

Keith Hicks #31760-074

**Federal Correctional Institution**
**P.O. Box 2000 (West)**
**Fort Dix, New Jersey 08640**

FILED

2009 MAY 18 P 12: 34

U.S. DISTRICT COURT
EASTERN DIST. TENN.

BY_____DEPT. CLERK

United States vs. Keith Hicks   3:07·Cr·42

Dear Sir,

Keith Hicks here I was sentenced
on feb. 12th 2009 in Knoxville, please provide me
with information on my appeal. I want to
know who my lawyer is going to be, please
contact me at above info. Thank you for your time.

Keith Hicks
2-25-78

andrew Roskind was my att. and has filed for
an appeal after my sentencing but I haven't
talked to him since.

Case 3:07-cr-00042   Document 180   Filed 05/18/09   Page 1 of 4   PageID #: 309

Keith Hicks #31760-074
FCI Fort Dix West
P.O. Box 2000
Fort Dix, N.J. 08640

Clerk of the Court
United States Courthouse
800 Market Street, Suite 130
Knoxville, Tn. 37902

TRENTON NJ 086

15 MAY 2009 PM 4 L

**RECEIVED**

MAY 18 2009

Clerk, U.S. District Court
Eastern District of Tennessee

